281 U.S. 751
 50 S.Ct. 354
 74 L.Ed. 1162
 Emil HANSEN, Permanent Receiver of Syracuse Sand Company, Inc., petitioner,
v.
E. I. DU PONT DE NEMOURS & COMPANY, Inc.[1]
 No. 758.
 Supreme Court of the United States
 May 5, 1930
 
 1
 Mr. Emil Hansen, pro se.
 
 
 2
 Petition for writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied.
 
 
 
 [1]
 The order sought to be reviewed here was a denial of motion to retax costs and no opinion thereon was filed in the court below. See, also, 33 F.(2d) 74 and 280 U. S. 589, 50 S. Ct. 37, 74 L. Ed. —.